# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FELIPE SOTO-LUNA,<br><br>Defendant. | Case No.: 24-CR-1387-AGS<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Based upon the Motion to Dismiss the Information without prejudice as to JOSE FELIPE SOTO-LUNA, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss is GRANTED, and the Information is dismissed without prejudice as to JOSE FELIPE SOTO-LUNA.

DATED: 8/8/2024

HON. ANDREW G. SCHOPLER
United States District Judge